UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL BASTIAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO HOME MORTGAGE,<br><br>　　　　　Defendant. | Case No. 14-cv-02813-JD<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 11 |

On March 11, 2014, plaintiff Karl Bastian filed a complaint in Superior Court for the County of Sonoma. Dkt. No. 1. On June 18, 2014, Wells Fargo Bank, N.A. removed this case to this Court. *Id.* On July 3, 2014, Wells Fargo filed a Notice of Change of Attorney Information, which informed the Court that Mr. Bastian's counsel withdrew from his representation of plaintiff before this case was removed. *See* Dkt. No. 13. Mr. Bastian is therefore proceeding pro se.

On June 25, 2014, Wells Fargo filed a Motion to Dismiss. Dkt. No. 11. Mr. Bastian's opposition to that motion was due by July 14, 2014. He has not responded to the motion. Mr. Bastian is ordered to show cause why Wells Fargo's Motion to Dismiss should not be granted. Mr. Bastian's response is due by Noon on August 15, 2014. If plaintiff no longer intends to prosecute this case, he should file a notice of voluntary dismissal. *See* Fed. R. Civ. P. 41(a). Failure to respond to Wells Fargo's Motion to Dismiss may result in the motion being granted, and the action being dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: August 1, 2014

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　JAMES DONATO
　　　　　　　　　　　　　　　　　United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL BASTIAN,<br><br>        Plaintiff,<br><br>    v.<br><br>WELLS FARGO HOME MORTGAGE,<br><br>        Defendant. | Case No.  14-cv-02813-JD<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 8/1/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Karl  Bastian
4180 Barnes Road
Santa Rosa, CA 95403

Dated: 8/1/2014

                              Richard W. Wieking
                              Clerk, United States District Court


                              By:_____
                              LISA R. CLARK, Deputy Clerk to the
                              Honorable JAMES DONATO