UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL BASTIAN,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO HOME MORTGAGE,<br><br>Defendant. | Case No. 14-cv-02813-JD<br><br>**ORDER ALLOWING ADDITIONAL TIME TO RESPOND TO MOTION TO DISMISS**<br><br>Re: Dkt. No. 11 |

In light of Mr. Bastian's pro se status and the representations about the problems he encountered with his former counsel, the Court will allow Mr. Bastian to respond to Wells Fargo, N.A.'s motion to dismiss, (Dkt. No. 17), by September 17, 2014. No further extensions of time will be given. If Mr. Bastian fails to oppose the motion to dismiss by that date, this case will be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: August 19, 2014

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL BASTIAN,<br><br>         Plaintiff,<br><br>    v.<br><br>WELLS FARGO HOME MORTGAGE,<br><br>         Defendant. | Case No.  14-cv-02813-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 8/20/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Karl  Bastian
4180 Barnes Road
Santa Rosa, CA 95403

Dated: 8/20/2014

Richard W. Wieking
Clerk, United States District Court

By: *Lisa R. Clark*
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO

2