United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KARL BASTIAN,

    Plaintiff,

    v.

WELLS FARGO HOME MORTGAGE,

    Defendant.

Case No. 14-cv-02813-JD

**ORDER REFERRING CASE TO ADR UNIT FOR TELEPHONE CONFERENCE**

    Pursuant to Civil Local Rule 16-8 and ADR Local Rule 2-3, the Court refers this foreclosure-related action to the Alternative Dispute Resolution (ADR) Unit for a telephone conference to assess this case's suitability for mediation or a settlement conference. Plaintiff and Defendants' counsel shall participate in a telephone conference on January 28, 2015, and any other telephone conferences as needed.

    Plaintiff and Defendants' counsel will be prepared to discuss the following subjects:

1) Identification and description of claims and alleged defects in loan documents.
2) Prospects for loan modification.
3) Prospects for settlement.

    The parties need not submit written materials to the ADR Unit for the telephone conference.

    In preparation for the initial telephone conference, Plaintiff will do the following:

1) Review relevant loan documents and investigate the claims to determine whether they have merit.
2) If Plaintiff is seeking a loan modification to resolve all or some of the

claims, Plaintiff will prepare a current, accurate financial statement and gather all of the information and documents customarily needed to support a loan modification request.  Further, Plaintiff will immediately notify Defendants' counsel of the request for a loan modification.

    3) Provide counsel for Defendants with information necessary to evaluate the prospects for loan modification, in the form of a financial statement, worksheet or application customarily used by financial institutions.

In preparation for the initial telephone conference, counsel for Defendants shall do the following.

    1) If Defendants are unable or unwilling to do a loan modification after receiving notice of Plaintiff's request, counsel for Defendants will promptly notify Plaintiff to that effect.

    2) Arrange for a representative of each Defendant with full settlement authority to participate in the telephone conference.

After the telephone conference(s), the ADR Unit will advise the Court of its recommendation for further ADR proceedings.

**IT IS SO ORDERED**.

Dated: December 17, 2014

_____
JAMES DONATO
United States District Judge